UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

LAWRENCE ELTING,

               Defendant.

CASE NO.: 24 Crim. 389 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the Sentencing scheduled for December 10, 2024 at 10:00 am is now **RESCHEDULED** to the **same day at 12:00 pm** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            September 26, 2024

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**