*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 3, 2024

**By Electronic Mail and CM/ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:** *United States v. Lawrence Elting*,
           **24 Cr. 389 (SLC)**

Dear Judge Cave:

    The Government writes respectfully to request an extension of time to file its sentencing submission in this case.

    On June 17, 2024, Lawrence Elting, the defendant, pleaded guilty to misdemeanor bank larceny before this Court. (Docket Entry 54). At that time, the Court scheduled sentencing in this matter for October 15, 2024, with the defendant's sentencing submission due on September 24, 2024, and the Government's sentencing submission due one week later, on October 1, 2024. (*Id.* at 25).[1] This Court adjourned Elting's sentencing to December 10, 2024, at 12:00 pm. (Docket Entry 63). Elting filed his sentencing submission on November 25, 2024. (Docket Entry 65).

    Given the lack of a new express schedule, the Government would typically file its sentencing submission one week after the defendant's, and one week before sentencing (*i.e.*, today). However, the assigned Assistant United States Attorney recently left the Office; as a result, I will represent the Government at sentencing. Because I am relatively new to the case, I respectfully request until this Thursday, December 5, 2024, to file the Government's sentencing submission so that I may review the case, speak with both the prior assigned AUSA and, as necessary, defense counsel, and

---

[1] Absent a specific schedule, this Court's individual rules state that "Pre-sentence submissions for misdemeanors should be submitted no later than 2 weeks before the scheduled meeting."

Hon. Sarah L. Cave
December 3, 2024
Page 2 of 2

ensure that the Government's sentencing submission is complete and helpful to the Court.

Elting—through his counsel, Amy Gallichio, Esq.—does not object to the requested extension.

Please do not hesitate to contact me with any questions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Michael D. Maimin
Assistant United States Attorney
(212) 637-2340

cc: Amy Gallichio, Esq. (by electronic mail and CM/ECF)

---

The Government's request at ECF No. 66 is **GRANTED**. The deadline to file the sentencing submission is EXTENDED to **December 5, 2024**.

The Clerk of Court is respectfully directed to close ECF No. 66.

SO ORDERED.   December 3, 2024

SARAH L. CAVE
United States Magistrate Judge