UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LAWRENCE ELTING,<br><br>                    Defendant. | CASE NO.: 24 Cr. 389 (SLC)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, March 6, 2025 at 9:30 am** on the Court's conference line.  The parties, including Mr. Elting, are directed to call: (646) 453-4442; Phone Conference ID: 896 847 991#, at the scheduled time.

Dated:    New York, New York
          December 12, 2024

SO ORDERED

_/s/ Sarah Cave_
SARAH L. CAVE
**United States Magistrate Judge**