# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**Tamara L. Giwa**
*Executive Director*

**Jennifer L. Brown**
*Attorney-in-Charge*

March 4, 2025

<u>By ECF</u>
Hon. Sarah L. Cave
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v Lawrence Elting**, 24 Cr. 389 (SLC)

Dear Judge Cave:

I write, with the consent of the Government, to request a short adjournment of the post-sentencing teleconference in the above captioned matter, currently scheduled for March 6, 2025. I am informed by Mr. Elting that he is awaiting confirmation of a sizable bonus he expects to receive from his employer that will allow him to make a substantial payment toward restitution, but he will not have that confirmation by the date of the scheduled conference. Therefore, in order to have a meaningful update for the Court, I respectfully request a two-week adjournment of the teleconference.

Sincerely,

/s/ Amy Gallicchio
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
O: 212-417-8728
C: 917-612-3274

Cc: AUSA Michael Maimin