Lawrence Elting                                    5                        8072151 - RMB
Docket Number: 1:24 CR 00389 (SLC)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒  The Modification of the Conditions of Probation, to include;

*The defendant shall pay restitution at a rate of $2,000.00 per month, until such time as the court may alter the payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.*

☐  Modification of Conditions Denied.

☐  Other:
_____
_____
_____

_____
Signature of Judicial Officer

05/05/2025
_____
Date

(3/89)  PROB 49  SD/FL PACTS # 8686933

CONFIDENTIAL
DO NOT FILE   DO NOT SCAN
RETURN TO PROBATION

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall pay restitution at a rate of $2,000.00 per month, until such time as the court may alter the payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

Witness _____Shaina Kus_____          Signed _____[signature]_____
         (U.S. Probation Officer)                    (Probationer or Supervised Releasee)

_____April 4th 2025_____
(Date)