# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

June 16, 2025

<u>By ECF</u>
Hon. Sarah L. Cave
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: **United States v Lawrence Elting**, 24 Cr. 389 (SLC)

Dear Judge Cave:

    I write, with the consent of the Government, to request an adjournment of the post-sentencing teleconference in the above captioned matter, currently scheduled for June 18, 2025. Mr. Elting is expected to close a business transaction within the next two weeks that will allow him to make a significant payment toward his restitution obligation. Therefore, I respectfully request a 30-day adjournment of the teleconference so that Mr. Elting will have a meaningful update to provide the Court at the next conference.

Defendant's request at ECF No. 82 is **GRANTED**. The telephone conference set for June 18 is **adjourned** to **July 23, 2025 at 4:00 pm** on the Court's conference line. The parties, including Mr. Elting, are directed to call: (646) 453-4442; Phone Conference ID: 896 847 991#, at the scheduled time.

The Clerk of Court is respectfully directed to terminate ECF No. 82

SO ORDERED  6/16/2025

*/s/ Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

Sincerely,

/s/ Amy Gallicchio

_____
Amy Gallicchio, Esq.
Assistant Federal Defender
O: 212-417-8728
C: 917-612-3274